Ainsworth C. JACKSON, Petitioner–
Appellant,

v.

UNITED STATES PAROLE COMMIS-
SION, Respondent–Appellee.

No. 05–6600.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 22, 2006.

Decided: Oct. 2, 2006.

Ainsworth C. Jackson, Appellant Pro Se. Jennifer A. Wright, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ainsworth C. Jackson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Jackson's motion for a copy of the appellate record, and we affirm for the reasons stated by the district court. *See Jackson v. U.S. Parole Comm'n,* No. CA–04–3081–AW (D. Md. filed & entered Mar.

29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*